```
                                                              FILED
                                                          March 03, 2011
           UNITED STATES DISTRICT COURT FOR THE        CLERK, US DISTRICT COURT
                                                        EASTERN DISTRICT OF
              EASTERN DISTRICT OF CALIFORNIA                 CALIFORNIA
                                                            DEPUTY CLERK
```

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. MAG. 11-0066-EFB |
| Plaintiff, ) | |
| v. ) | |
| ) | ORDER FOR RELEASE OF |
| EULALIO MONDRAGON, ) | PERSON IN CUSTODY |
| ) | |
| Defendant. ) | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release EULALIO MONDRAGON, Case No. MAG. 11-0066-EFB from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

　__X__   Release on Personal Recognizance

　____   Bail Posted in the Sum of: $____

　　　____   Unsecured Appearance Bond

　　　____   Secured Appearance Bond

　__X__   (Other) Conditions as stated on the record.

　　　____   (Other)

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  3/3/2011  at 3:02 p.m.

By _____
　　Edmund F. Brennan
　　United States Magistrate Judge